AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  5:22-MJ-97 |
| | ) | |
| MASON MOREY | ) | |
| | ) | |

*Defendant(s)*

*FILED*
*WILKES-BARRE*
*DEC 08 2022*
*PER*
*M5*
*DEPUTY CLERK*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 28- December 8, 2022___ in the county of ___Lebanon___ in the ___Middle___ District of ___Pennsylvania___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2422(b) | Attempted online enticement of a minor |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI SA Jesse Zermeno
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Dec. 8, 2022**

_____
*Judge's signature*

City and state:  ___Wilkes-Barre, Pennsylvania___

Joseph F. Saporito, Jr., U.S. Magistrate Judge
*Printed name and title*

## PROBABLE CAUSE STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

1.     I am a Special Agent employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed as a special agent since May 2019, and currently assigned to Scranton, Pennsylvania. I am authorized to investigate violations of United States' laws and execute warrants issued under the authority of the United States. As part of my duties as an HSI Special Agent, I investigate criminal violations relating to high technology crime, cyber-crime, child exploitation and child pornography including violations pertaining to the coercion and online enticement of a minor.

2.     I have graduated from the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training Program from the Federal Law Enforcement Training Center (FLETC), Glynco, Georgia. I have received training in criminal investigative methods, search and seizure, and arrest authority. Prior to becoming a special agent with HSI, from August of 2016 to May of 2019, I was employed as a full-time, sworn federal officer with ICE,

Enforcement and Removal Operations (ERO). Prior to ERO, from June of 2008 to August of 2016, I was employed as a as a full-time, sworn federal agent with the United States Border Patrol (USBP). I also graduated from the USBP Basic Border Patrol Training Academy at FLETC, Artesia, New Mexico.

3. As a Special Agent with HSI, I have received training in the area of child sexual abuse material (CSAM) and child exploitation investigations, and I have had the opportunity to observe and review numerous examples of such materials in a variety of electronic media. I have participated in and led child exploitation investigations. I have executed numerous search warrants related to child exploitation investigations. In this regard, I have reviewed extensive samples of digital messaging chats, child pornography, including videos, photographs, and digital reproductions of photographs or other print media.

4. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 19, 21, 31 and 46 of the United States

Code.  I submit this affidavit in support of a criminal complaint

charging Mason Morey with attempted online enticement of a minor in

violation of Title 18, United States Code §2422(b).

5.      The information in this affidavit is based upon my own

personal knowledge and information provided to me by law enforcement

officers that directly participated in this investigation.  Because this

affidavit is submitted for limited purpose of establishing probable cause

in support of the application for an arrest warrant, this affidavit does

not set forth each and every fact learned by your affiant or other agents

in the course of this investigation.

## INVESTIGATION DETAILS

6.      In 2022, Homeland Security Investigations (HSI) began

investigating Mason MOREY and his desire to engage in sex with a

minor.

7.      On or about November 28, 2022, an HSI Cocoa Beach,

Florida Task Force Officer (TFO) activated an undercover (UC) Wickr

messenger account1.  The UC had noticed a pending encrypted Wickr

---

[1] Wickr is an online encrypted messenger application to where others who also have the Wickr application can communicate with each other via text or voice chat.

message from an unknown individual only known by the Wickr moniker, DARKRAVEN329 who wrote "How old is she." The UC replied "Just turned 13."

8.     On December 1, 2022, the Wicker conversation continued when DARKRAVEN329 responded "Oh what a perfect age! Bet she's quite a hottie." DARKRAVEN329 requested if he could see her. The UC told DARKRAVEN329 that he does not give his daughter's picture out. DARKRAVEN329 then said that was understandable and asked where the two lived. The UC informed DARKRAVEN329 that they lived in Florida, to which DARKRAVEN329 claimed he lived in Pennsylvania. DARKRAVEN329 asked "So do you do things with your daughter." The UC replied "Yea very active and share her," to which DARKRAVEN329 responded "I wish I was closer to you I'd love to meet her." DARKRAVEN329 further stated that he is in Lebanon, Pennsylvania.

9.     The UC asked DARKRAVEN329 if he had ever had young before, to which DARKRAVEN329 replied "The youngest I've fucked has been 15 when I was 20. I've done some things with my (ex) stepdaughters though too". The UC asked how old the stepdaughters

were, to which DARKRAVEN329 said "They're 9 11 and 15 now. I started about two years ago with the younger two" and "But sadly I don't do nearly as much as I want to".

10.     DARKRAVEN329 further explained "With the middle girl I've only touched her while she slept. And jerked off in front of her a few times. (Not even sure she paid any attention to it) and with the younger girl we make out here and there and I rub her under her clothes and she grinds on my lap. And she initiated it with me, so I don't think she'd tell out of the blue".

11.     The UC then stated he might be going to Scranton soon. DARKRAVEN329 asked if the UC had any any plans of sharing his daughter while in the area.  DARKRAVEN329 further stated "I'd love to fuck her," and "Do you have any limits on what I could do with her?" DARKRAVEN329 continued "..But I'd love to fill all her holes".  The UC asked DARKRAVEN329 if he could watch to which DARKRAVEN329 replied "You'd be more than welcome to watch me fucking your little girl" and "You can watch my cock disappear inside each of her holes one after the next".

12.     The UC asked if he should get a hotel in Lebanon. DARKRAVEN329 replied "I can travel if you'd rather get one closer to the family." DARKRAVEN329 asked "where would she like me to cum?" then said, "I'll have to cum where I feel like it".

13.     The UC then told DARKRAVEN329 his name, to which DARKRAVEN329 replied "It's a pleasure to meet you. I'm Mason". The conversation then ended.

14.     On December 02, 2022, DARKRAVEN329 hereinafter "MASON" asked "So do you want to plan something out," to which the UC said yes.  MASON stated that he was 26 years-old and asked if the UC wanted to exchange pictures.  The UC again reminded MASON of the child's age by saying "ok lol im 55 and u know she is 13 lol." The UC then sent MASON an undercover photograph of himself standing with the fictitious daughter. MASON responded to this image by saying "Yeah nice nice. She looks very sexy, I can't wait to see her in person". MASON then sent the UC a photograph of himself. The image showed a white male who appears to be taking a picture of himself through a bathroom mirror. The white male has long brown hair, tattoos on his right forearm and wearing a black tee shirt.

15.    The UC told MASON that he looked too young to have three kids. MASON replied, the girls are his stepdaughters and further advised he had two boys that were his own. MASON said he had 5 children and the boys were three and four years-old and the girls were nine, eleven and fifteen. The UC asked if he played with them, to which MASON stated, "I've tried to do a little with the younger two but we haven't done much." The UC attempted to find out the extent of the abuse by asking "you get to taste them at all". MASON replied, "I've tasted them off my fingers". The UC then asked if MASON shared them. MASON replied "I would if I could. Sadly, I barely ge the chance to do anything myself with them. Plus I don't know how they'd feel about it" and "That's not to say if things change in time I wouldn't do it. Because it'd be hot as fuck but unlikely".

16.    MASON said "at this point I can't even trust the girls...well I trust the youngest not to tell what we've done so far, but I have no idea how she'd react to others". The UC stated "Yea great point, gotta stay out of jail for sure" and "mine is older and bein 13 knows she can't and wouldn't say anything".

17.    The UC told MASON that they lived about 14 hours from him and also gave MASON an opportunity to change his mind by saying "hey bro no pressure here if u change ur mind it's all good." MASON responded "I'm glad, what all would she want me to do with her? And yeah that's not too far really. And no I won't change my mind. It's not often opportunities like this come up." MASON then said, "Well I definitely want her to be comfortable with everything. What all do you two do together?" the UC said they do it all, to which MASON said "That's good to hear maybe I'll do it all with her too." MASON then said "I'd love for her to suck me off, eat her out finger her all before fucking her." The conversation then ended.

18.    On December 3, 2022, The UC asked MASON if would like to meet up in the Scranton, Pennsylvania area.  MASON replied that he could meet up in Scranton depending on what time.

19.    On December 5, 2022, MASON asked for a second picture of the minor girl.  MASON also expressed concern that the meet could be a possible trap.

20.    On December 6, 2022, The UC responded "Hey Mason glad u liked the pic. no its good to think that way it keeps us both safe. i was

also worried about u cause i'm the one with the 13 yo that is coming up there. but on my end if u think about it i didn't hit u up first, like it would be a one in a million chance that u picked the only fuckin cop on the darkweb to hit up. if i was a cop wouldn't i be pressuring u to meet, which i didn't . i didn't ask you anything about urself, hell idk if mason is even ur real name and don't care as long as we have fun. we just wanna meet others like us who want to have fun with young bro if u think i'm a fuckin cop then don't come but just let me know so i don't drive up there for nothin. but if ur cool with us mmmm tell me how ur gonna use her bro i can think of it all the way up there."

21.    The UC informs MASON that he plans to drive his thirteen-year-old daughter to Scranton, Pennsylvania area and asks how MASON wants to use his daughter.  MASON replied, "I'm going to have her take my cock in her mouth while I play with her nipples and rub her pussy".  MASON continued saying "Slide a finger inside of her while my cock is filling her throat".  The UC then asked MASON "would u mind wearing condoms, i don't know where yea been and want to keep her safe if yea know what i mean." MASON replied "Yeah that's understandable I can do that."

22.   MASON says "Well safe travels" and asked what hotel the UC plans to stay at.   MASON further informs the UC that his oldest stepdaughter is sick, and both of his sons are coming down with a fever. MASON expressed concern of spreading germs but says "I really want to fuck your girl".

23.   On December 7, 2022, the UC responded that he was not worried about germs and that he was planning to pick a hotel off I-81 in the Wilkes-Barre, Pennsylvania area.   The UC also told MASON that he would need to bring sex lubricant and reminded him to bring condoms.   MASON replied, "Yeah I should be able to bring some lube, and I'll have condoms too. And alright sounds good." The UC then told MASON he would let him know that night the hotel to which MASON said, "Alright" and "Safe travel."

24.   On December 8, 2022, at approximately 1:30 AM, the UC responded to MASON stating that he was at the Holiday Inn located at 600 Wildflower Dr. Wilkes-Barre, PA 18702.

25.   At approximately 4:30 AM, a 2010 silver Honda Accord arrived at the Holiday Inn at 600 Wildflower Dr. Wilkes-Barre, PA 18702 and a white male matching the description of the photograph

that Mason provided the UC exited the Honda and walked toward the front door of the Holiday Inn.  HSI Agents approached the subject who responded to the name "Mason" and took him into custody. On his possession, the subject had one cellular device, condoms, rubber gloves, and baby oil.

26.    The male was subsequently positively identified as MASON MOREY (DOB: 03/29/1996) with an address of 420 South 6th Street, Lebanon, PA 17042. MASON MOREY was transported to the Pennsylvania Office of Attorney General's Wilkes-Barre office for an interview.

27.    During a post-Miranda interview, MASON MOREY admitted to arriving at the Holiday Inn for the purpose of meeting a man to which he was corresponding with on Wickr and the man's 13-year-old daughter for sex. MASON MOREY further stated that his ex-fiancé had three daughters from previous relationships. MASON MOREY admitted to having inappropriate sexual contact with the youngest daughter who is currently nine (9) years of age. MASON MOREY also stated that he had four (4) additional cellular phones in

his vehicle in which three (3) or four (4) of them, he couldn't remember, contain images of CSAM.

28.    I submit that there is probable cause to believe that a violation of Title 18, United States Code §2422(b), attempted online enticement of a minor was committed by MASON MOREY in the Middle District of Pennsylvania.


Jesse Zermeno
Special Agent
Homeland Security Investigations


Sworn to before me on
December 8, 2022


THE HONORABLE JOSPEH F. SAPORITO, JR
UNITED STATES MAGISTRATE JUDGE